**Order entered December 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00623-CR
## No. 05-19-00624-CR

**ENRIQUE PERALTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75329-S & F18-75330-S**

## ORDER

Before the Court are the State's December 11, 2019 and December 16, 2019 motions to extend the time to file its brief. We **GRANT** the motions and **ORDER** the State's brief, received December 17, 2019, filed as of the date of this order.

/s/     LANA MYERS
JUSTICE